```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**WILLIAM CHAD FELTS**                                              **PLAINTIFF**

       v.           Civil No. 10-5237

**SHERIFF HELDER**                                                  **DEFENDANT**

### O R D E R

Now on this 8th day of June, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** ("R&R")(document #3), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, with one small exception which does not alter the outcome of the case.

The R&R states that plaintiff "has not contacted the Court in any manner to continue to pursue his complaint in the above-styled case." After the R&R was filed, plaintiff did contact the Clerk of Court with a change of address. The R&R was mailed to the new address on April 20, 2011. Plaintiff has made no response. The Court finds, therefore, that in spite of this solitary contact, his case should be dismissed as recommended in the R&R.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's claim is hereby **dismissed**.

IT IS SO ORDERED.

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE